**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HELCIAS PUERTO, | NO. CV 09-8704-RSWL(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action pursuant to the Revised Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge, filed concurrently herewith.

DATED: May 19, 2011.

RONALD S.W. LEW
_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE